DANIELLE MCDEVITT                                    NO. 22-C-442

VERSUS                                              FIFTH CIRCUIT

MICHAEL SALISBURY                                   COURT OF APPEAL

                                                    STATE OF LOUISIANA

                         September 20, 2022

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

                         Susan Buchholz
                         Chief Deputy Clerk

**IN RE** DANIELLE MCDEVITT
_____

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT,
PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE NANCY A. MILLER,
DIVISION "I", NUMBER 776-634
_____

                Panel composed of Judges Susan M. Chehardy,
            Fredericka Homberg Wicker, and John J. Molaison, Jr.


        **WRIT GRANTED**

        Based upon our review of the application presented, we find that the motion
to recuse at issue was timely filed setting forth alleged recent acts of bias by the
trial court which fall within the time limitation of La. C.C.P. art. 154(A).  Thus, we
find that the trial judge erred in denying the motion to recuse as untimely.

        Accordingly, we grant the relator's writ, vacate the trial court's ruling, and
remand the matter for the trial court to either consider the merits of the relator's
motion to recuse and render a judgment in compliance with La. C.C.P. art. 154 or
to make a written request to the supreme court for the appointment of an ad hoc
judge as provided in La. C.C.P. arts. 154 and 155.  In all other respects, relief is
denied.

        Gretna, Louisiana, this 20th day of September, 2022.


                                **JJM**
                                **SMC**
                                **FHW**

22-C-442

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
INTERIM CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/20/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**22-C-442**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Nancy A. Miller (DISTRICT JUDGE)
Shaye R. Lirette (Relator)

### MAILED
Michael Salisbury  (Respondent)
In Proper Person
39 Emma Street
Binghamton, NY 13905

9/20/22

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Salisbury , In Proper Person
39 Emma Street
Binghamton, NY 13905
22-C-442                    09-20-22

9590 9402 2434 6249 3639 49

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 6984

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☐ Agent
☑ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
9/24/22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ___ all
___ all Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt